People v Mitchell (2025 NY Slip Op 07027)

People v Mitchell

2025 NY Slip Op 07027

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
BARRY E. WARHIT
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2023-06267
 (Ind. No. 71796/22)

[*1]The People of the State of New York, respondent,
v
Kesean Mitchell, appellant.

Joseph F. DeFelice, Kew Gardens, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Kevin C. King and Jason R. Richards of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Nassau County (Howard E. Sturim, J.), rendered June 29, 2023, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the People's contention, the defendant's appeal waiver does not preclude appellate review of his contention that Penal Law § 265.03 is unconstitutional under New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1), and the defendant does not lack standing to assert this claim (see People v Johnson, _____ NY3d _____, 2025 NY Slip Op 06528). However, the defendant's contention that the statute is unconstitutional is without merit. The Bruen decision had no impact on the constitutionality of New York State's criminal possession of a weapon statutes (see People v Johnson, _____ NY3d _____, 2025 NY Slip Op 06528; People v Manners, 217 AD3d 683, 686).
DILLON, J.P., WARHIT, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court